AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE IRON WORKERS
WELFARE PLAN

CASE NUMBER: 18cv4760

V.

ASSIGNED JUDGE: Manish S. Shah

SECURITY FENCE CO., INC. a dissolved Illinois corporation and JEFFREY H. COLE, individually and d/b/a SECURITY FENCE, CO. INC.

DESIGNATED
MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

JEFFREY H. COLE
2022 S. GRISWOLD
PEORIA, IL 61605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
MCGANN, KETTERMAN & RIOUX
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Erin Coowick*

(By) DEPUTY CLERK



July 12, 2018

DATE

## United States District Court For The Northern District of Illinois

**Trustees of the Iron Workers Welfare Plan,**
    Plaintiff(s),
VS.

**CASE NO.: 18 SC 4760**

**Court Date: N/A**

**Security Fence Co Inc et al,**
    Defendant(s).

For:
**McGann Ketterman & Rioux - Formerly Whitfield McGann and Ketterman**



## AFFIDAVIT OF SERVICE

Received by Meador Investigations, to be served on:

<u>**Jeffrey H Cole, 2022 S Griswold Street, Peoria, IL 61605.**</u>

I, **Matt Millhollin**, being first duly sworn on oath, depose and say the following:

I Served, on **July 24, 2018 at 2:10 PM** the within

**Summons In A Civil Case and Complaint** In accordance with state statutes in the manner indicated below:

**INDIVIDUAL SERVICE:** Served the within-named person.

At 2022 S Griswold Street, Peoria, IL 61605.

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Brown | 35-45 | 5'11" | 180 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

SERVED BY: _Matt Millhollin_
Process Server Number: 129-274542
Meador Investigations
PO Box 157
Lincoln, IL 62656
217.732.1585
IL Lic#117-001077

Signed and sworn to before me on this **24th** day of **July, 2018**.

_Amanda Montcalm_
Notary Public

*344868*

"OFFICIAL SEAL"
AMANDA MONTCALM
Notary Public, State of Illinois
My Commission Expires 6/27/2021